# United States District Court
## *Southern District of Georgia*

Raymond Shawn McCloud,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV416-154, CR406-247,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 7/29/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the Petitioners' motion to vacate pursuant to 28:2255.



| 7/29/16 | Scott L. Poff |
|---|---|
| Date | Clerk |

*(By) Deputy Clerk*